BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>JOSE JESUS ARELLANO-GARITECHEA,<br><br>                      Defendant. | CASE NO. 1:13-CR-00388 AWI<br><br>STIPULATION AND PROTECTIVE ORDER RE: INITIAL DISCOVERY |

**STIPULATION**

WHEREAS, the discovery in this case contains a large amount of personal information including but not limited to names, photographs, Social Security numbers, dates of birth, telephone numbers, California Driver's License numbers, Alien Registration numbers, credit card numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

///

///

1

THEREFORE, defendant JOSE JESUS ARELLANO-GARITECHEA, by and through his counsel of record Nicholas F. Reyes ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, Mia A. Giacomazzi, Assistant United States Attorney, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorney, defense investigators and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///

///

///

7.   In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO STIPULATED.

Dated:  October 30, 2013                    BENJAMIN B. WAGNER
                                            United States Attorney


                                             /s/ Mia A. Giacomazzi
                                            MIA A. GIACOMAZZI
                                            Assistant United States Attorney


Dated: October 30, 2013                      /s/ Nicholas F. Reyes
                                            NICHOLAS F. REYES
                                            Counsel for Defendant

**ORDER**

For good cause appearing, this Court adopts the parties' stipulated protective order for discovery in this case and ORDERS as follows:

1. This Court enters a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority in this case ("Order").

2. This Order pertains to all discovery provided or made available to Defense Counsel as part of the discovery of this case.

3. By signing this Stipulation and Protective Order, and pursuant to this order, Defense Counsel shall not share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorney, defense investigators and support staff.  The parties agree that Defense Counsel, defense

investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that the defendant substitutes counsel, Defense Counsel shall withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO ORDERED.

Dated: October 30, 2013

_____
SENIOR DISTRICT JUDGE