BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:13-CR-00388-AWI-BAM |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| JOSE JESUS ARELLANO-GARITECHEA, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between United States of America and defendant Jose Jesus Arellano-Garitechea, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 982(a)(2)(B), 982(a)(6), 982(a)(6)(A)(i), 982(a)(6)(A)(ii), 1028(b), and 28 U.S.C. § 2461(c), defendant Jose Jesus Arellano-Garitechea's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of and destroyed according to law:

    a. One Black Generic Desktop Tower;
    b. One Black Compaq Desktop Tower;
    c. One Epson XP300 Printer;
    d. One Epson XP310 Printer and cartridges;
    e. One Orange LEXHR Thumb Drive;
    f. One Grey Memorex Thumb Drive;
    g. Document Making Supplies;

```
        h.   Miscellaneous Documents;
        i.   One Blue Sandisk Memory Card;
        j.   One Black PNY Memory Card;
        k.   One Black Kingston Memory Card;
        l.   One micro SD card with adapter;
        m.   One Sony Cybershot Digital Camera;
        n.   Miscellaneous Cell Phones;
        o.   One Heat Sealer/Laminator; and
        p.   Paper-cutters.
```

2.   The above-listed assets constitutes personal property used or intended to be used, or is property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of a violation of 18 U.S.C. § 1028(a)(1).

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4.   a. Pursuant to 18 U.S.C. §§ 982(b)(1), and 1028(g), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property,

must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 982(a)(2)(B), 982(a)(6), 982(a)(6)(A)(i), 982(a)(6)(A)(ii), 1028(b), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

6.   The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:   April 23, 2014

SENIOR DISTRICT JUDGE