BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CR-00388-AWI-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JOSE JESUS ARELLANO-GARITECHEA, | |
| Defendant. | |

WHEREAS, on April 23, 2014, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 982(a)(2)(B), 982(a)(6), 982(a)(6)(A)(i), 982(a)(6)(A)(ii), 1028(b), and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Jose Jesus Arellano-Garitechea, in the following property:

a. One Black Generic Desktop Tower;
b. One Black Compaq Desktop Tower;
c. One Epson XP300 Printer;
d. One Epson XP310 Printer and cartridges;
e. One Orange LEXHR Thumb Drive;
f. One Grey Memorex Thumb Drive;
g. Document Making Supplies;
h. Miscellaneous Documents;
i. One Blue Sandisk Memory Card;
j. One Black PNY Memory Card;
k. One Black Kingston Memory Card;
l. One micro SD card with adapter;

///

        m.    One Sony Cybershot Digital Camera;
        n.    Miscellaneous Cell Phones;
        o.    One Heat Sealer/Laminator; and
        p.    Paper-cutters.

AND WHEREAS, beginning on April 26, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture is hereby entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), 982(a)(2)(B), 982(a)(6), 982(a)(6)(A)(i), 982(a)(6)(A)(ii), 1028(b), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Jose Jesus Arellano-Garitechea.

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.  The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject

///
///
///

property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  July 3, 2014

_____
SENIOR DISTRICT JUDGE